**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                **PLAINTIFF/RESPONDENT**

**V.**                        **CASE NO. 5:19-CR-50098**

**ANTONIO ESCOBAR**                                        **DEFENDANT/PETITIONER**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 52) filed in this case on January 31, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion Under 28 U.S.C. § 2255 (Doc. 48) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 22nd day of February, 2022.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE